Legal,

07954-043
David Smith-Garcia
Tucson United States
USP Penitentiary
P.O. Box 24550
Tucson, AZ 85734
United States

OCT - 4 2021

07954-043
United States Court
U.S. District Court Clerk
405 W. Congress St. #1500
Tucson, AZ 85701
United States

